IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § | |
| | § | Civil Action No. 6:17-cv-592-KNM |
| v. | § | (severed from 6:16-cv-375) |
| | § | |
| AT&T Mobility, LLC, | § | |
| Cellco Partnership d/b/a Verizon Wireless, | § | |
| Sprint Solutions, Inc., | § | |
| Sprint Spectrum, L.P., | § | |
| Boost Mobile, LLC., | § | |
| T-Mobile USA, Inc.,  T-Mobile US, Inc. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW CORINNE SAYLOR
DAVIS AS COUNSEL IN 6:15CV375**

On this day, came on to be considered the Unopposed Motion to Withdraw Counsel of

Defendant Cellco Partnership d/b/a Verizon Wireless in 6:16cv375.  After considering said

motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Corrine Saylor Davis be allowed to withdraw and is

hereby withdrawn as counsel for Defendant Cellco Partnership d/b/a Verizon Wireless in

6:16cv375.  The Clerk shall withdraw Corrine Saylor Davis as counsel of record for Defendant

Cellco Partnership d/b/a Verizon Wireless in civil action number 6:16cv375 and terminate

notification of electronic filings.

So ORDERED and SIGNED this 23rd day of October, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE