IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § | |
| | § | Civil Action No. 6:17-cv-592-KNM |
| v. | § | (severed from 6:16-cv-375) |
| | § | |
| AT&T Mobility, LLC, | § | |
| Cellco Partnership d/b/a Verizon Wireless, | § | |
| Sprint Solutions, Inc., | § | |
| Sprint Spectrum, L.P., | § | |
| Boost Mobile, LLC., | § | |
| T-Mobile USA, Inc., T-Mobile US, Inc. | § | |

**ORDER GRANTING CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'
UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Before the Court is the Unopposed Motion for Withdrawal of Counsel brought by Cellco Partnership d/b/a Verizon Wireless. The Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Sarah J. Kalemeris of the Winston & Strawn LLP law firm is withdrawn as counsel of record in the above civil action with respect to Defendant Cellco Partnership Inc. d/b/a Verizon Wireless.

IT IS FURTHER ORDERED that the clerk shall terminate CM/ECF notices as to Sarah J. Kalemeris for the civil action 6:17cv592.

So ORDERED and SIGNED this 5th day of January, 2018.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE